UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 19-02340 |
| E.R.R. LLC, ET AL. | SECTION: "L"(5) |

## ORDER RECONVENING SETTLEMENT CONFERENCE

The settlement conference in the above matter will be reconvened on November 21, 2019 at 2:00 p.m. before Magistrate Judge Michael B. North, Room B419, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. **It is ordered that a representative of the Defendant with full settlement authority shall be present at the settlement conference.** The parties are referred to the Court's original order scheduling the settlement conference in this matter (rec. doc. 23) for requirements regarding the content of and submission date for their updated confidential settlement position papers.

New Orleans, Louisiana, this 8th day of October, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE